UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.C., individually and on behalf of
P.T., a child with a disability,

           *Plaintiff,*

  -against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

           *Defendant.*

~~PROPOSED~~
JUDGMENT

Case No. 1:23-cv-1266-LGS-JLC

---

    It is hereby ORDERED, ADJUDGED, AND DECREED, that for the reasons stated in the Court's July 24, 2024 Opinion and Order, concerning Plaintiff's motion for attorneys' fees following resolution of the substantive claims in this action, Plaintiff is entitled to attorneys' fees and costs in the total amount **$34,397.99**, plus post-judgment interest thereupon at the applicable statutory rate.

IT IS SO ORDERED.

Dated: August 13, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE