UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                              :

S.C., individually and on behalf of P.T., a child  :
with disabilities,                                      :
                                                               : 23 Civ. 1266 (LGS)
                                Plaintiff,  :
             -against-            :
                                               : **ORDER**
NEW YORK CITY DEPARTMENT OF        :
EDUCATION,                                 :
                                                 X
                            Defendants.
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, judgment in this action was entered awarding Plaintiff attorneys' fees by an Order issued August 13, 2024. Plaintiff timely appealed. In an Order issued September 12, 2024, the Second Circuit remanded this action for further proceedings following that court's determination of *Y.G. v. N.Y.C. Dep't of Educ.*, No. 22-1184, and related tandem appeals.

        WHEREAS, the mandate in those appeals issued on October 3, 2025. It is hereby

        **ORDERED** that, by **October 24, 2025**, the parties shall file a joint status letter proposing any further proceedings the parties believe to be necessary in light of the Second Circuit's decision in *Y.G.*

Dated: October 14, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE