UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                           :
S.C., individually and on behalf of P.T., a child   :
with a disability,                                      :
                                                          :         23 Civ. 1266 (LGS)
                                        Plaintiff,    :
              -against-                                  :
                                                          :             **JUDGMENT**
NEW YORK CITY DEPARTMENT OF                :
EDUCATION,                                          :
                                         Defendant.  :
                                                           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, judgment was entered in this action in an Order filed August 13, 2024. Plaintiff timely appealed, and the case was remanded for further proceedings pending resolution of then-pending appeals concerning related issues.

      WHEREAS, the related appeals have been resolved, and the parties in the instant case agree that judgment may be re-entered in this action without further proceedings. It is hereby

      **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the July 24, 2024, Opinion and Order concerning Plaintiff's motion for attorneys' fees following resolution of the substantive claims in this action, Plaintiff is entitled to attorneys' fees and costs in the total amount **$34,397.99**, plus post-judgment interest thereon at the applicable statutory rate.

Dated: October 16, 2025
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**